[No. 66666-5-I. Division One. May 23, 2011.]

RICHARD DAVIS, *Appellant*, v. DARIN MILLIKAN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 09-2-01490-0, Roger A. Bennett, J., entered April 30, 2010. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Leach, A.C.J., and Lau, J.

[No. 66730-1-I. Division One. May 23, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. DALPHINE HOOPII, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-00390-6, Brian M. Tollefson, J., entered January 8, 2010. *Reversed* and *remanded* by unpublished opinion per Cox, J., concurred in by Leach, A.C.J., and Spearman, J.

[No. 27637-6-III. Division Three. May 24, 2011.]

*In the Matter of the Marriage of* CRAIG MCDONALD, *Appellant*, and MEGAN MCDONALD, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 06-3-01010-9, Carrie L. Runge, J., entered October 24, 2008. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Korsmo, A.C.J., and Sweeney, J.

[No. 29246-1-III. Division Three. May 24, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JESUS ABRAHM SOTO, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 09-8-00885-6, Neal Q. Rielly, J., entered July 8, 2010. *Affirmed* by unpublished opinion per Korsmo, A.C.J., concurred in by Brown and Siddoway, JJ.